

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2018

No. 04-18-00455-CV

Ex **PARTE** Vincent Trevor **CALDAROLA**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06739
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

This is an appeal by the Texas Department of Public Safety in an expunction matter. The Department filed its appellant's brief on September 7, 2018. Accordingly, the brief of appellee Vincent Trevor Caldarola was due in this court on or before October 8, 2018. However, appellee Caldarola did not file his brief. Accordingly, we **ORDER** appellee Vincent Trevor Caldarola to file his appellee's brief in this court **on or before November 7, 2018. If appellee Caldarola does not file his brief in this court on or before the date ordered, we will order the case submitted without an appellee's brief.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court